UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE WEAVER; VERA NASEVA; LUZ CONCEPCIÓN; LUIS FLORES, each on their own behalf and collectively on behalf of all others similarly-situated; FIGHT FOR NYCHA,<br><br>                           Plaintiffs,<br><br>                -against-<br><br>THE NEW YORK CITY HOUSING AUTHORITY; GREGORY RUSS, Chair and CEO; THE CITY OF NEW YORK; BILL DE BLASIO, Mayor of the City of New York; GALE BREWER, individually as President of the Borough of Manhattan and acting, collectively, by and through her aide, BRIAN LEWIS,<br><br>                           Defendants. | 1:19-CV-10760 (CM)<br><br>CIVIL JUDGMENT |

       Pursuant to the order issued December 20, 2019, dismissing this action,

       IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Fight for NYCHA's claims without prejudice. The Court denies the remaining plaintiffs' requests brought on behalf of others, including their request to proceed as a class action. The Court also dismisses those plaintiffs' claims that they assert on behalf of others without prejudice. The Court dismisses the remaining plaintiffs' own claims under 42 U.S.C. § 1983 for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to consider any state-law claims. 28 U.S.C. §1367(c)(3).

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiffs Weaver, Naseva, Concepción, and Fight for NYCHA, and note service on the docket.

SO ORDERED.

Dated: December 20, 2019
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge